IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CHRYSTAL MARIE GROSBIER,

                     Plaintiff,

      v.                                                                                                OPINION and ORDER

FRANK BISIGNANO,                                                                       25-cv-701-amb
*Commissioner of Social Security*,

                     Defendant.
_____

Pursuant to a joint motion for remand filed by the parties on March 30, 2026, Dkt. 19, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion.[1]  Specifically, on remand, the Appeals Council will remand the case to administrative law judge (ALJ).  The ALJ should offer the claimant the opportunity for a hearing, proceed through the sequential disability evaluation process as appropriate, obtain supplemental vocational expert testimony if warranted, and issue a new decision.  In light of this, the motion for summary judgment, Dkt. 14, is DENIED as moot.

      Entered March 31, 2026.

                               BY THE COURT:

                               /s/
                               _____
                               ANITA MARIE BOOR
                               Magistrate Judge

_____

[1] The parties consented to jurisdiction by a U.S. magistrate judge, and the case was referred to the undersigned on January 5, 2026 to conduct all proceedings and order the entry of judgment. Dkt. 11.